IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT STACEY HILLARD, | ) | 4:04CV3253 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ***ORDER*** |
| | ) | |
| HAROLD CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 52 the withdrawal of the appearance by Defendant's attorney Eileen L. McBride is approved and the entry of appearance by Timothy P. Sullivan on behalf of Defendants is recognized and approved.

BY THE COURT:

s/F.A. Gossett
United States Magistrate Judge

58-200-2