IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT STACY HILLARD, | ) | 4:04CV3253 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ***ORDER*** |
| v. | ) | |
| | ) | |
| HAROLD W. CLARKE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Filing No. 75, the Defendant Richardson's Motion for Leave to Amend Answer and to accept the Amended Answer found at Filing 76 for filing instanter.  Good cause having been shown, it is hereby ordered that Defendant Richardson's Amended Answer (Filing 76, Exhibit 1) is accepted for filing and for filing instanter.

SO ORDERED.

DATED this 8th day of August, 2005.

BY THE COURT:

S/F.A. Gossett
United States Magistrate Judge