IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT STACEY HILLARD, | ) | 4:04CV3253 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 85, the withdrawal of the appearance by Defendants' attorney Tim Sullivan, #21883 is approved and the entry of appearance by Kimberley Taylor-Riley, #20495 on behalf of Defendants is recognized and approved.

Dated this 19th day of January 2006.

BY THE COURT:

F.A. Gossett
United States Magistrate Judge

26-82-2