IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT STACEY HILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3253 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 107, the plaintiff's Motion to Compel Discovery. In light of the looming deadlines in this case, and despite the plaintiff's noncompliance with the discovery rules, the defendants shall produce the incident reports requested in filing no. 107 within fifteen (15) days of the date of this Order. On the other hand, unless willing to do so, the defendants are not required to produce any confidential policy directives issued to staff for the handling of crises within the jail or Department of Corrections system. Thus, filing no. 107 is granted in part and denied in part accordingly.

SO ORDERED:

DATED this 24th day of January, 2007.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge